IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHRISTINA MOSS**                                                                              **PLAINTIFF**

NO.  15-5175

**PMAB, LLC; and DOES 1-10, inclusive**                                         **DEFENDANTS**

**CLERK'S ORDER OF DISMISSAL**

On this 12th day of April, 2016, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK

BY:  S. Cummings
Deputy Clerk